1

2

3

4

5

6

7

8

9

10          UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

JAMES EDGAR MUNSON,                    )      1:09-CV-00185 MJS HC
13                                     )
                   Petitioner,         )
14                                     )      ORDER TO SHOW CAUSE WHY THE
         v.                            )      PETITION SHOULD NOT BE DISMISSED
15                                     )      FOR PETITIONER'S FAILURE TO
                                       )      PROSECUTE
16   NEIL ADLER, Warden,               )
                                       )
17                 Respondent.         )
                                       )
18

19          Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to

20   28 U.S.C. § 2241.

21          On April 15, 2010, the Court issued an order informing Petitioner that the instant case has

22   been reassigned to Magistrate Judge Michael J. Seng. On April 29, 2010, the order served on

23   Petitioner was returned by the U.S. Postal Service as undeliverable.

24          Pursuant to Local Rule 183(b), a party appearing in propria persona is required to keep the

25   court apprised of his or her current address at all times.  Local Rule 183(b) provides, in pertinent

26   part:

27              If mail directed to a plaintiff in propria persona by the Clerk is
                returned by the U.S. Postal Service, and if such plaintiff fails to notify
28              the Court and opposing parties within sixty-three (63) days thereafter

1   of a current address, the Court may dismiss the action without
prejudice for failure to prosecute.

2

3   Without the ability to communicate with Petitioner, the Court is unable to maintain and

4   faithfully adjudicate the present matter.  Thus, Petitioner must inform the Court and any opposing

parties of his present address with sixty-three (63) days after the return of mail directed to Petitioner.

5

6                                              **ORDER**

7   Accordingly, Petitioner is ORDERED TO SHOW CAUSE why the petition should not be

8   dismissed without prejudice for Petitioner's failure to prosecute based on Petitioner's failure to

9   inform the Court of his current address. Petitioner is ORDERED to inform the Court and  opposing

counsel of his current address on or before July 2, 2010.

10

11  Petitioner is forewarned that failure to follow this order will result in dismissal of the petition

without prejudice pursuant to Local Rules 110 and 183(b).

12

13

14

15

16  IT IS SO ORDERED.

**Dated:    May 3, 2010**                              /s/ **Michael J. Seng**

17                                          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

U.S. District Court

E. D. California                                   2